FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 FEB 10 P 3: 15

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TONY BAROUSSE, ET AL | * | CIVIL ACTION |
| VERSUS | * | NO. 99-2600 |
| PAPER, ALLIED-INDUSTRIAL, CHEMICAL & ENERGY WORKERS INTERNATIONAL UNION, ET AL | * | SECTION "L" |
| | * | MAG. DIV. 2 |

* * * * * * * * * *

## JOINT MOTION FOR DISMISSAL
## OF CLAIMS AGAINST UNION OFFICERS

NOW COMES defendants and plaintiffs, through their counsel, for an order dismissing all claims against the individual defendants, James E. Bergeron; Terrell "Big" Washington; Herman Muse; and John H. Link, Jr.

This motion does not affect the claims against the remaining defendants, Paper, Allied-Industrial, Chemical & Energy Workers International Union and its Local 4-447,

F:\WP61\dmr\Pace 4-447\NatlGypDFRLitig\mot.dismiss.jnt.wpd

DATE OF ENTRY FEB 14 2000

___Fee_____
___Process A_
_X_Dktd_CA_
_√_CtRmDep___
___Doc.No._6_

which remain in effect.

Respectfully submitted,

_____
JOHN O. PIEKSEN, JR. (LA. BAR NO. 21023)
SULLIVAN, STOLIER & RESOR
909 Poydras Street, Suite 2600
New Orleans, LA 70112-4000
Telephone: (504) 561-1044

FOR PLAINTIFFS

_____
LOUIS L. ROBEIN, JR. (LA. BAR NO. 11307)
ROBEIN, URANN & LURYE
2540 Severn Ave., Suite 400
Post Office Box 6768
Metairie, LA 70009-6768
Telephone: (504) 885-9994

FOR DEFENDANTS

CERTIFICATE OF SERVICE

I hereby certify that I have on this ___16___ day of ___February___, 19_2010_ served a copy of the foregoing on all counsel of record via the United States Postal Service, properly addressed, and postage prepaid.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TONY BAROUSSE, ET AL | * | CIVIL ACTION |
| VERSUS | * | NO. 99-2600 |
| PAPER, ALLIED-INDUSTRIAL, CHEMICAL & ENERGY WORKERS | * | SECTION "L" |
| INTERNATIONAL UNION, ET AL | * | MAG. DIV. 2 |

* * * * * * * * * *

## ORDER

Based on the joint motion of the plaintiffs and defendants,

IT IS HEREBY ORDERED that all claims against defendants James E. Bergeron; Terrell "Big" Washington; Herman Muse; and John H. Link, Jr. are hereby DISMISSED with prejudice.

This 11TH day of February, 2000, New Orleans, Louisiana.

UNITED STATES DISTRICT JUDGE

F:\WP61\dmr\Pace 4-447\NatlGypDFRLitig\mot.dismiss.jnt.wpd