FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

SEP 08 2000

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TONY BAROUSSE, ET AL                    CIVIL ACTION

VERSUS                                   NO. 99-2600

PAPER, ALLIED-INDUSTRIAL, CHEMICAL       SECTION: L
& ENERGY WORKERS INTERNATIONAL
UNION

## JUDGMENT

Considering the Court's Order and Reasons entered herein on September 6, 2000, accordingly:

IT IS ORDERED, ADJUDGED AND DECREED that the above captioned matter is hereby REMANDED to the arbitrator originally assigned to the case by the parties for final resolution on the issue of proper distribution of the punitive damage award.

New Orleans, Louisiana, this 7th day of September, 2000.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
SEP 0 8 2000

